Judge Hellerstein



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH)<br><br>06 Civ. |

Richard Aalbue, Luis Aguilar, James Alamia, Richard Albanese, John Albarano, Jorge Alvlema, Donald and Alicia M Anderson, Karen Arena-Mullady, Keith Arndt, Ivan Ascencio, Luis Atiles, Archibald Austin, Daniel C Austin, John Baboolal, Nellie Baboolal, James Barreto, Edward Barrett, Staci Becerra, Luis Bellapianta, Sandra Blanding , Gerard Brannigan, Gail Brassil, Robert Brown, Timothy Brown, Richard Browne, Zoila Bunay, Manuel Caguana, Brian Caiola, Neal Campbell , Angel Campoverde, James Cantore, Yvette Carabello, Kenneth Carmichael, Vincent Caroiere, Richard Carrano, Patrick Carron, Lynette Carter, Louis Castellvccio, Mahaan Chandu, Walter Chartorynsky, Juan Checo, Roy Chopping, Maria Del Pilar Cifuentes, Yolaunda Cintron, Philip Ciulo, James Clark, Ricardo Colon, Richard and Anne Colucci, Randi Consiglio, Anthony Conti, Christopher Converjano, Jack Conway, Maribel Cortes, Anthony Costales, Joseph Coviello, Thomas Crowe, Antonia Cruz, Georgian Culcleasure, Domenick Damiano, John Day, Ronald De Rosa, Jose Dejesus, Gloria and Ramon Delacruz, Amato Delligatti, Evangelos Demetriou, Clark Denis, David Denizard, Fernando Dias, Louis Diblasi, Nicholas Dimonda, Luciano Dinatale, Nicholas Dinatale, Zbigniew Dobronski, Thomas Donovan, Edward Dowling, Daniel Drago, Tanya Duharey-Sanduro, Richard Dziubela, Emil Dzurilla, Irwin Edelstein, Christopher Edwards, Diane Edwards, Mitchell Eisenberg, Gregory Engel , Adolfo Espinoza, Afzal Fazal, Frank Felicetti, Joseph Fernandez, James Ferraro, Michelle Figueroa, Vincent Finnegan, Cleland Francis , Henry Friedman, Kenneth Fung, Brian Gabrielsen, Maricela Galindea, Thomas P Gallagher, James Galvin, Marcy Garcia, John Garofalo, Manus Geneus, Stephen Gilliam, Vannessa Gilliam-Gray, Thomas Goffredo, Roberta Gonzalez, Sonia Gonzalez, Francis Griffin, Fernando Grimaldi, Anthony Guadagno, Rodolfo Guevara, Peter Gustamacchia, Andrew Guster, John Haas, Bridget Hall, Tonia Hall-Wilson, Darin Hamilton, Caroline Harrigan, Francis Harten, Scott Hassler, John Haugh,

**NOTICE OF REMOVAL**

Joseph Hayes, Joseph Higgins, James Hipple, Gregg Hirsch, Dell Hochman, Thomas Hoey, John Hoffman, Eric Hone, Michael Hosek, Thomas Hughes, Brian Ilund, Michael Incantalupo, John Irizarry, Michael Jacobs, Walter Janketic, Daniel Jasinski, Adrian Jones, Sicily Joseph, Constantine Kaloudalais, Steven Kelbick, Keith Klouda, Frank Kolanovic, Paul Koster, Steven Kuefner, Michael Kull, John Kurtz, Angelo J Lagana, Mark Lebrini, Cora Lee, Jose Lemos, Jose Leon, Peter and Christine Levitsky, Andy Lewis, Lucas Lionel, Thomas Liotta, Walter Lipscomb, Thomas Lobasso, Rocco Loccisano, Brenda Lockhart-Rivera, Oswaldo Lopez, Thomas Loughlin, Scott Lovendahl, George B. Lujack, Patrick Lydon, Eugene Madden, Conrad Mallien, Bernard Malone, Lance Maly, Michael Manahan, Richard Manion, Kevin Maraglio, John Mariotti, Robert Marks, Luis Marte, Nicholas Martucci, Gavin Matranga, Yvette Matthews, Antoni Mazur, Michael McGuinness, Denis McLarney, Alan McLaurin, Gary McMinn, Jose Medina, Raymond Medina, Eric Mendoza, Billy Milan, Robert Miller, Scott Miller, Robert Mirabal, Noel Moloney, Emer Montero, Jeanette Morales, Eileen Mosca, Thomas Motta, Gary Murphy, Daniel Negri, Paul Nelson, John Nicolich, Alberto Nieves, Erin Nolan, Fred Nozile, Sean O'Rourke, Lou Ocasio, Marco and Aida Ocasio, Mary Frances O'Donnell, Jerzy Oginski, Brian J. Oliver, Anthony Oliveri, Israel Oyola, Michael Padilla, Anthony Parone, Pedro Pastor, Rolando Pelaez and Monica Villamarin, Bernadette Pena, Kelvin Penn, Miguel Peralta, Paul Perugini, Jacqueline Pineiro, Napoleon Pinta, John Polesovsky, Wayne Pollaci, Frank Pollina, Anthony Porfidio, Londy and Maria Prendamano, Princess Prince-McCoade, Igor Pshenychny, James Ragnetti, Shafigur Rahman, Derek Ramos, Freddie Ramos, Miguel Ramos, Malcolm Reiman, Francisco Rijo, John Rios, Iris Rivera, Alvin Roach, Carol Roberts, Michele Robinson, Angelo Rodriguez, Dennis Rodriguez, Napoleon Rodriguez, Robert Rodriguez, Victor Rodriguez, Wilberto Rodriguez, Chris Rogers, Carlos Romero, William Rozakis, Eric Ruiz, Jose Ruiz, Solangel Ruiz Diaz, Mark Ruocco, Damian Rusin, Thomas and Pamela A. Ryan, Carlotta Sadler, Vincent Sainato, Albert Saponieri, Maydi Sarmiento, Harold Sawyer, Peter Scardaccione, Kenneth Schenck, Patricia Schiller, Gary Schneider, James Secreto, Jeannette Seney, Robert Shabazz, Marilyn Shankle, Chris Shaughnessy, Angelina Sheehan, Craig Sheil, Paul Shimborske, William Sifonte, Thomas Sikinger, Timothy L. Sikorski, Lisa

Silverman, Vincent Sinnott, Terrence Smith, Anthony
Spadafora, Alan Starczewski, Mark Steinhauer, Gregory
Straub, Anthony Susi, Jason Sutliff, Diane Sweeney, Glen
Tarmey, Michael Taveras, Frankie Tirado, Jorge Torres,
Richard Trapanese, Wayne Tucker, Edward Valla, Henry
Vanheemstede-Obelt, Emerito Vasouez, Stephen Vega,
Ernest Velez, Jorge Velez, Luis Velez, Arthur Waldhelm,
William Wallace, Donna Webb, James Winckowski, Allan
Wong, Richard Zajac, Christopher Zapata,

Plaintiffs,

-against-

1 World Trade Center LLC, 1 WTC Holdings LLC, 2
World Trade Center LLC, 2 WTC Holdings LLC, 4 World
Trade Center LLC, 4 WTC Holdings LLC, 5 World Trade
Center LLC, 5 WTC Holdings LLC, A Russo Wrecking,
Inc., ABM, ABM Industries, Inc., ABM Janitorial
Northeast, Inc., Amec Construction Management, Inc.,
Amec Earth & Environmental, Anthony Cortese
Specialized Hauling LLC, Atlantic Heydt Corp., Bechtel
Construction, Inc., Bechtel Corporation, Bechtel
Environmental, Inc., Berkel & Co. Contractors, Inc., BFP
Tower C Co. LLC, Big Apple Wrecking & Construction
Corp, Boston Properties, Bovis Lend Lease LMB, Inc.,
Bovis Lend Lease, Inc., Breeze Carting Corp, Breeze
National Inc., Brer Four Transportation Corp, Buro
Happold Consult Eng. P.C., C & D Fireproofing and
Plastering Corp., C. B. Contracting Corp., Canron
Construction Corp., Cantor Seinuk Group, Certified Fence
Corp., Civetta Cousins JV, L.L.C., Clarcor Air Filtration
Products Inc., Component Assembly Systems Inc.,
Consolidated Edison Communications Holding Company,
Inc., Consolidated Edison Company of New York, Inc.,
Consolidated Edison Development, Inc., Consolidated
Edison Energy, Inc., Consolidated Edison Solutions, Inc.,
Consolidated Edison, Inc., Coordinated Metals, Inc., Cord
Contracting Co. Inc., Craig Test Boring Co., Inc., Criticom
International Corp., Cushman & Wakefield, Inc., D'Onofrio
General Contractors Corp., Dakota Demo Tech, DCM
Erectors, Inc., Diamond Point Excavating Corp., Diego
Construction, Inc., Diversified Carting, Inc., DMT
Enterprise, Inc., Eagle Leasing & Industrial Supply
(Seasons) Inc. , Eagle One Roofing Contractors, Inc., Eagle
Scaffolding Co. (Seasons) Inc., EJ Davies, Inc., En-Tech

Corp., ET Environmental, Evergreen Recycling of Corona, Ewell W. Finley, P.C., Executive Med Services, PC, F&G Mechanical Corporation Inc., Felix Equities, Inc., Fleet Trucking, Inc., Francis A. Lee Exterior Restoration, Frank Micelli Jr. Contracting Inc., FTI Trucking, Inc., Gilsanz, Murray & Steficek, LLP, Goldstein Associates Consulting Engineers, PLLC, Grace Industries, Inc., Hallen Welding Service, Inc., Helmsman Management Services, Inc., HGC Contracting Corp., High Rise Electric, Inc., High Rise Hoisting and Scaffolding, Inc., JP Equipment Rental Materials, Inc., Laquilla Construction Inc., Lastrada General Contracting Corp., Leslie E. Robertson Associates Consulting Engineers PC, Liberty Mutual Insurance Company, Liberty Mutual Managed Care, Inc., Liro, Inc., Lockwood, Kessler & Bartlett, Inc., Lucius Pitkin, Inc, LZA Tech - Div of Thorton Tomasetti, Manafort Brothers, Inc., Mazzocchi Wrecking Inc., Ment Bros. Iron Works Co., Inc./DISMISSED, Meridian Construction Group, Moody's Investors Service, MRA Engineering, PC, Mueser Rutledge Consulting Engineers, Inc., Musco Sports Lighting, LLC, Nacirema Industries, Inc., NY Crane & Equipment Corp., New York City Industrial Development Agency, Nicholson Construction Co., Olympic Plumbing and Heating Corp, Ove Arup & Partners P.C., Parson Group, Peter Scalamandre & Sons, Pinnacle, Pinnacle Environmental, Plaza Construction Corporation, Plaza Construction Management Corp, Port Authority of New York and New Jersey, Pro Safety Services, LLC, PT&L Contracting Corp., Regional Scaffold & Hoisting Co., Inc., Robert Silman Associates, Robert Errat, Robert L. Gerosa, Inc., Royal GM Inc., SAB Trucking Inc., Safeway Environmental, Corp., Seasons Industrial Contracting, Sheldrake Organization, Inc., Silverite Contracting Corporation, Silverstein Development Corp., Silverstein Properties, Inc., Silverstein Properties, Silverstein WTC Facility Manager LLC, Silverstein WTC LLC, Silverstein WTC MGMT Co LLC, Silverstein WTC Properties LLC, Simpson, Gumpertz & Heger, Inc., Skidmore, Owing & Merrill LLP, Star Delta Electric, Stier Anderson, LLC, Survivair, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Speyer Properties, Tomasetti Group, Inc., Toretta Trucking, Inc., Total Safety Consulting LLC, Trio Asbestos Removal, Tucci Equipment Rental Corp., Tully Construction Co., Inc., Tully Construction Company, Tully Environmental Inc., Tully Industries, Inc., Turner

Construction Co., Turner Construction Company, Turner Construction International LLC, Ultimate Demolition/CS Hauling (Joint Venture), United States Rebar, Inc., Vollmer Associates LLP, W. Harris & Sons Inc., Weeks Marine, Inc., Weidlinger Associates Consulting Engineers, P.C., Westfield America, Inc., Westfield WTC Holding, LLC, Westfield WTC, LLC (now known as WTC Retail, L.L.C.), WFP Tower D Co. L.P, Whitney Contracting, Inc., Wolkow Braker Roofing Corp., World Trade Center Properties LLC, Yannuzzi & Sons, Inc., Yonkers Contracting Company, Inc., York Hunter Construction, LLC, Ziegenfuss Drilling, Inc.,

Defendants.

**PLEASE TAKE NOTICE** that Defendants TULLY CONSTRUCTION CO., TULLY CONSTRUCTION COMPANY, TULLY ENVIRONMENTAL, INC., and TULLY INDUSTRIES, INC. (collectively "Tully" or "Defendants") hereby remove the above-entitled action (the "Action") from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1441, § 1442(a)(1), § 1446(a), § 1446(b) and the Air Transportation Safety and System Stabilization Act, Public Law No. 107-42, § 401 *et seq.*, 115 Stat. 230 (2001) (the "Act").

In support of this Notice of Removal, Tully states:

1.  On or about March 16, 2006, Plaintiffs filed a Summons with Notice in the Supreme Court of the State of New York, County of New York. Plaintiffs assert claims resulting from, relating to, and arising out of the terrorist-related aircraft crashes of September 11, 2001. A true copy of the Summons with Notice is attached to this Notice of Removal.

2.  On or about June 16, 2006, Tully received the Summons with Notice in this Action bearing Index Number 103649/06.

3.  Because these claims arise out of Plaintiffs' alleged injuries resulting from, relating

to, and arising out of the September 11, 2001 terrorist-related aircraft crashes, the United States District Court for the Southern District of New York has original and exclusive jurisdiction over the Action. Specifically in response to the tragic events of September 11, 2001, Congress enacted the Act on September 22, 2001, which created a comprehensive scheme addressing numerous matters resulting from the attacks. Section 408(b) of the Act contains a broad jurisdictional provision centralizing in the Southern District of New York the resolution of any litigation claims resulting from or relating to the events of September 11, 2001:

> The United States District Court for the Southern District of New York shall have original and exclusive jurisdiction over all actions brought for any claim (including any claim for loss of property, personal injury, or death) resulting from or relating to the terrorist-related aircraft crashes of September 11, 2001.

Pub. L. No. 107-42, § 408(b)(3), 115 Stat. 230, 241 (2001).

4. Moreover, section 408(b)(1) of the Act creates a federal cause of action over which this Court has original jurisdiction. It provides:

> There shall exist a Federal cause of action for damages arising out of the hijacking and subsequent crashes of American Airlines flights 11 and 77, and United Airlines flights 93 and 175, on September 11, 2001. Notwithstanding section 40120(c) of title 49, United States Code, this cause of action shall be the exclusive remedy for damages arising out of the hijacking and subsequent crashes of such flights.

Pub. L. No. 107-42, § 408(b)(1), 115 Stat. 230, 240-241 (2001).

5. Based on the foregoing, the Action is removable from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1441.

6. The Action is also removable based upon 28 U.S.C. § 1442(a)(1). Section 1442(a)(1) provides:

(a) A civil action... commenced in a State court against any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office....

7.  Federal agencies and officers exercised control over particular health, safety and other issues relating to the rescue, recovery, cleanup, debris removal and/or construction efforts at the World Trade Center ("WTC") site following the attacks on September 11, 2001.

8.  Defendants complied with the directives of those federal agencies and officers in performing these activities at the WTC site, and therefore have at least a colorable federal immunity defense.

9.  Moreover, because the federal agencies and officers exercised control over these issues, a causal nexus exists between the Plaintiffs' claims and Defendants' alleged activities.

10. Therefore, the Action is removable from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1442(a)(1).

11. Consent of all defendants to removal here is unnecessary as § 408(b)(1) of the Act provides for original and exclusive jurisdiction in the Southern District of New York for claims relating to the terrorist-related aircraft crashes of September 11, 2001. Pub. L. No. 107-42, § 408(b)(3), 115 Stat. 230, 241 (2001); *Ackerman v. Nat'l. Property Analysts*, 1992 WL 84477 at *1 (S.D.N.Y. 1992).  Consent of all defendants here is also unnecessary pursuant to § 1442(a)(1). *Bradford v. Harding*, 284 F.2d 307, 310 (2d Cir. 1960).

12. Defendants' Notice of Removal is timely as the Notice of Removal will be filed within thirty days of Defendants' receipt of the Summons with Notice. *See* 28 U.S.C. §1446(b).

13. A copy of this Notice of Removal will be filed with the Supreme Court of the State of New York, County of New York, and will be served on Plaintiffs' counsel pursuant to 28 U.S.C. § 1446(d).

14. Pursuant to Rule 81.1(b) of the local civil rules for the Southern District of New York, Defendant will forward a copy of all records and proceedings in the Supreme Court of the State of New York, County of New York within 20 days.

15. Defendants reserve the right to amend or supplement this Notice of Removal.


WHEREFORE, Defendants hereby remove to this Court the action now pending against it in the Supreme Court of the State of New York, County of New York, bearing Index No. 103649/06.

Dated: Newark, New Jersey  
       June 19, 2006

PATTON BOGGS LLP

By: _James E. Tyrrell, Jr._  
    James E. Tyrrell, Jr. (JT-6837)  
    One Riverfront Plaza  
    Newark, NJ 07102  
    (973) 868-5600  
    JTyrrell@PattonBoggs.com

*Attorneys For Tully Construction Co., Tully Construction Company, Tully Environmental, Inc., and Tully Industries, Inc.*

TO:  Christopher R. LoPalo  
     Worby Groner Edelman &  
     Napoli Bern  
     115 Broadway, 12th Floor  
     New York, NY 10006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

RICHARD AALBUE, LUIS AGUILAR, JAMES ALAMIA, RICHARD ALBANESE, JOHN ALBARANO, JORGE ALVLEMA, DONALD ANDERSON AND ALICIA M ANDERSON, KAREN ARENA-MULLADY, KEITH ARNDT, IVAN ASCENCIO, LUIS ATILES, ARCHIBALD AUSTIN, DANIEL C AUSTIN, JOHN BABOOLAL, NELLIE BABOOLAL, JAMES BARRETO, EDWARD BARRETT, STACI BECERRA, LUIS BELLAPIANTA, SANDRA BLANDING, GERARD BRANNIGAN, GAIL BRASSIL, ROBERT BROWN, TIMOTHY BROWN, RICHARD BROWNE, ZOILA BUNAY, MANUEL CAGUANA, BRIAN CAIOLA, NEAL CAMPBELL, ANGEL CAMPOVERDE, JAMES CANTORE, YVETTE CARABELLO, KENNETH CARMICHEAL, VINCENT CAROIERE, RICHARD CARRANO, PATRICK CARRON, LYNETTE CARTER, LOUIS CASTELLVCCIO, MAHAAN CHANDU, WALTER CHARTORYNSKY, JUAN CHECO, ROY CHOPPING, MARIA DEL PILAR CIFUENTES, YOLAUNDA CINTRON, PHILIP CIULO, JAMES CLARK, RICARDO COLON, RICHARD COLUCCI AND ANNE COLUCCI, RANDI CONSIGLIO, ANTHONY CONTI, CHRISTOPHER CONVERJANO, JACK CONWAY, MARIBEL CORTES, ANTHONY COSTALES, JOSEPH COVIELLO, THOMAS CROWE, ANTONIA CRUZ, GEORGIAN CULCLEASURE, DOMENICK DAMIANO, JOHN DAY, RONALD DE ROSA, JOSE DEJESUS, GLORIA DELACRUZ AND RAMON DELACRUZ, AMATO DELLIGATTI, EVANGELOS DEMETRIOU, CLARK DENIS, DAVID DENIZARD, FERNANDO DIAS, LOUIS DIBLASI, NICHOLAS DIMONDA, LUCIANO DINATALE, NICHOLAS DINATALE, ZBIGNIEW DOBRONSKI, THOMAS DONOVAN, EDWARD DOWLING, DANIEL DRAGO, TANYA DUHAREY-SANDURO, RICHARD DZIUBELA, EMIL DZURILLA, IRWIN EDELSTEIN, CHRISTOPHER EDWARDS, DIANE EDWARDS, MITCHELL EISENBERG, GREGORY ENGEL, ADOLFO ESPINOZA, AFZAL FAZAL, FRANK FELICETTI, JOSEPH FERNANDEZ, JAMES FERRARO, MICHELLE FIGUEROA, VINCENT FINNEGAN, CLELAND FRANCIS, HENRY FRIEDMAN, KENNETH FUNG, BRIAN GABRIELSEN, MARICELA GALINDEA, THOMAS P GALLAGHER, JAMES GALVIN, MARCY GARCIA, JOHN GAROFALO, MANUS GENEUS, STEPHEN

**SUMMONS WITH NOTICE**

Index No: 103649/06

MAR 1 6 2006

NOT COMPARED
WITH COPY FILED

NEW YORK
COUNTY CLERK'S OFFICE

MAR 1 6 2006

NOT COMPARED
WITH COPY FILED

6/2/06

GILLIAM, VANNESSA GILLIAM-GRAY, THOMAS
GOFFREDO, ROBERTA GONZALEZ, SONIA
GONZALEZ, FRANCIS GRIFFIN, FERNANDO
GRIMALDI, ANTHONY GUADAGNO, RODOLFO
GUEVARA, PETER GUSTAMACCHIA, ANDREW
GUSTER, JOHN HAAS, BRIDGET HALL, TONIA
HALL-WILSON, DARIN HAMILTON, CAROLINE
HARRIGAN, FRANCIS HARTEN, SCOTT HASSLER,
JOHN HAUGH, JOSEPH HAYES, JOSEPH HIGGINS,
JAMES HIPPLE, GREGG HIRSCH, DELL
HOCHMAN, THOMAS HOEY, JOHN HOFFMAN,
ERIC HONE, MICHAEL HOSEK, THOMAS HUGHES,
BRIAN ILUND, MICHAEL INCANTALUPO, JOHN
IRIZARRY, MICHAEL JACOBS, WALTER
JANKETIC, DANIEL JASINSKI, ADRIAN JONES,
SICILY JOSEPH, CONSTANTINE KALOUDALAIS,
STEVEN KELBICK, KEITH KLOUDA, FRANK
KOLANOVIC, PAUL KOSTER, STEVEN KUEFNER,
MICHAEL KULL, JOHN KURTZ, ANGELO J
LAGANA, MARK LEBRINI, CORA LEE, JOSE
LEMOS, JOSE LEON, PETER LEVITSKY AND
CHRISTINE LEVITSKY, ANDY LEWIS, LUCAS
LIONEL, THOMAS LIOTTA, WALTER LIPSCOMB,
THOMAS LOBASSO, ROCCO LOCCISANO, BRENDA
LOCKHART-RIVERA, OSWALDO LOPEZ, THOMAS
LOUGHLIN, SCOTT LOVENDAHL, GEORGE B
LUJACK, PATRICK LYDON, EUGENE MADDEN,
CONRAD MALLIEN, BERNARD MALONE, LANCE
MALY, MICHAEL MANAHAN, RICHARD MANION,
KEVIN MARAGLIO, JOHN MARIOTTI, ROBERT
MARKS, LUIS MARTE, NICHOLAS MARTUCCI,
GAVIN MATRANGA, YVETTE MATTHEWS,
ANTONI MAZUR, MICHAEL MCGUINNESS, DENIS
MCLARNEY, ALAN MCLAURIN, GARY MCMINN,
JOSE MEDINA, RAYMOND MEDINA, ERIC
MENDOZA, BILLY MILAN, ROBERT MILLER,
SCOTT MILLER, ROBERT MIRABAL, NOEL
MOLONEY, EMER MONTERO, JEANETTE
MORALES, EILEEN MOSCA, THOMAS MOTTA,
GARY MURPHY, DANIEL NEGRI, PAUL NELSON,
JOHN NICOLICH, ALBERTO NIEVES, ERIN
NOLAN, FRED NOZILE, SEAN O ROUKE, LOU
OCASIO, MARCO OCASIO AND AIDA OCASIO,
MARY FRANCES ODONNELL, JERZY OGINSKI,
BRIAN J OLIVER, ANTHONY OLIVERI, ISRAEL
OYOLA, MICHAEL PADILLA, ANTHONY PARONE,
PEDRO PASTOR, ROLANDO PELAEZ AND MONICA
VILLAMARIN, BERNADETTE PENA, KELVIN
PENN, MIGUEL PERALTA, PAUL PERUGINI,
JACQUELINE PINEIRO, NAPOLEON PINTA, JOHN
POLESOVSKY, WAYNE POLLACI, FRANK

POLLINA, ANTHONY PORFIDIO, LONDY
PRENDAMANO AND MARIA PRENDAMANO,
PRINCESS PRINCE-MCCOADE, IGOR
PSHENYCHNY, JAMES RAGNETTI, SHAFIGUR
RAHMAN, DEREK RAMOS, FREDDIE RAMOS,
MIGUEL RAMOS, MALCOLM REIMAN,
FRANCISCO RIJO, JOHN RIOS, IRIS RIVERA,
ALVIN ROACH, CAROL ROBERTS, MICHELE
ROBINSON, ANGELO RODRIGUEZ, DENNIS
RODRIGUEZ, NAPOLEON RODRIGUEZ, ROBERT
RODRIGUEZ, VICTOR RODRIGUEZ, WILBERTO
RODRIGUEZ, CHRIS ROGERS, CARLOS ROMERO,
WILLIAM ROZAKIS, ERIC RUIZ, JOSE RUIZ,
SOLANGEL RUIZ DIAZ, MARK RUOCCO, DAMIAN
RUSIN, THOMAS RYAN AND PAMELA A RYAN,
CARLOTTA SADLER, VINCENT SAINATO, ALBERT
SAPONIERI, MAYDI SARMIENTO, HAROLD
SAWYER, PETER SCARDACCIONE, KENNETH
SCHENCK, PATRICIA SCHILLER, GARY
SCHNEIDER, JAMES SECRETO, JEANNETTE
SENEY, ROBERT SHABAZZ, MARILYN SHANKLE,
CHRIS SHAUGHNESSY, ANGELINA SHEEHAN,
CRAIG SHEIL, PAUL SHIMBORSKE, WILLIAM
SIFONTE, THOMAS SIKINGER, TIMOTHY L
SIKORSKI, LISA SILVERMAN, VINCENT SINNOTT,
TERRENCE SMITH, ANTHONY SPADAFORA, ALAN
STARCZEWSKI, MARK STEINHAUER, GREGORY
STRAUB, ANTHONY SUSI, JASON SUTLIFF, DIANE
SWEENEY, GLEN TARMEY, MICHAEL TAVERAS,
FRANKIE TIRADO, JORGE TORRES, RICHARD
TRAPANESE, WAYNE TUCKER, EDWARD VALLA,
HENRY VANHEEMSTEDE-OBELT, EMERITO
VASQUEZ, STEPHEN VEGA, ERNEST VELEZ,
JORGE VELEZ, LUIS VELEZ, ARTHUR
WALDHELM, WILLIAM WALLACE, DONNA WEBB,
JAMES WINCKOWSKI, ALLAN WONG, RICHARD
ZAJAC, CHRISTOPHER ZAPATA,

Plaintiff(s),

-against-

1 WORLD TRADE CENTER LLC; 1 WTC HOLDINGS
LLC; 2 WORLD TRADE CENTER LLC.; 2 WTC
HOLDINGS LLC.; 4 WORLD TRADE CENTER LLC.; 4
WTC HOLDING LLC.; 5 WORLD TRADE CENTER
LLC.; 5 WTC HOLDING LLC.; A RUSSO WRECKING, INC.;
ABM; ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVORONMENTAL, INC.; ANTHONY CORTESE

SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.;
BECHTEL CONSTRUCTION, INC.; BECHTEL
CORPORATION; BECHTEL ENVIRONMENTAL, INC.;
BERKEL & COMPANY, CONTRACTORS, INC.; BFP
TOWER C CO. LLC; BIG APPLE WRECKING &
CONSTRUCTION CORP.; BOSTON PROPERTIES; BOVIS
LEND LEASE LMB, INC.; BOVIS LEND LEASE, INC.;
BREEZE CARTING CORP.; BREEZE NATIONAL INC.;
BRER-FOUR TRANSPORTATION CORP.; BURO
HAPPOLD CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON CONSTRUCTION
CORP.; CANTOR SEINUK GROUP; CERTIFIED FENCE
CORP.; CIVETTA-COUSINS JV, L.L.C.; CLARCOR AIR
FILTRATION PRODUCTS, INC.; COMPONENT ASSEMBLY
SYSTEMS, INC.; CONSOLIDATED EDISON
COMMUNICATIONS HOLDING COMPANY, INC.;
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.; CONSOLIDATED EDISON
DEVELOPMENT, INC.; CONSOLIDATED EDISON
ENERGY, INC.; CONSOLIDATED EDISON
SOLUTIONS, INC.; CONSOLIDATED EDISON, INC.;
COORDINATED METALS, INC.; CORD
CONTRACTING CO., INC.; CRAIG TEST BORING
COMPANY INC.; CRITICOM INTERNATIONAL
CORPORATION; CUSHMAN & WAKEFIELD, INC;
D'ONOFRIO GENERAL CONTRACTORS CORP.;
DAKOTA DEMO-TECH, INC.; DCM ERECTORS, INC.;
DIAMOND POINT EXCAVATING CORP.; DIEGO
CONSTRUCTION, INC.; DIVERSIFIED CARTING,
INC.; DMT ENTERPRISE, INC.; EAGLE LEASING &
INDUSTRIAL SUPPLY, INC.; EAGLE ONE ROOFING
CONTRACTORS INC; EAGLE SCAFFOLDING CO.,
INC.; EJ DAVIES, INC.; EN-TECH CORP.; ET
ENVIRONMENTAL; EVERGREEN RECYCLING OF
CORONA(EROC); EWELL W. FINLEY, P.C.;
EXECUTIVE MEDICAL SERVICES, P.C.; F&G
MECHANICAL, INC.; FELIX EQUITES, INC.; FLEET
TRUCKING, INC.; FRANCIS A. LEE EXTERIOR
RESTORATION, INC.; FRANK MICELLI
JR.CONTRACTING, INC.; FTI TRUCKING, INC.;
GILSANZ, MURRAY, & STEFICEK, LLP, GOLDSTEIN
ASSOCIATES CONSULTING ENGINEERS, PLLC.; GRACE
INDUSTRIES, INC.; HALLEN WELDING SERVICE, INC.;
HELMSMAN MANAGEMENT SERVICES, INC.; HGC
CONTRACTING CORP.; HIGH-RISE ELECTRIC, INC.; HIGH
RISE HOISTING AND SCAFFOLDING, INC.; JP
EQUIPMENT RENTAL MATERIALS, INC; LAQUILA
CONSTRUCTION INC.; LASTRADA GENERAL
CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES
CONSULTING ENGINEERS P.C.; LIBERTY MUTUAL

INSURANCE COMPANY; LIBERTY MUTUAL MANAGED CARE INC.; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; MEDCOR MENT BROS. IRON WORKS CO., INC.; MERIDIAN CONSTRUCTION GROUP; MOODY'S INVESTORS SERVICE; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC; MUSCO SPORTS LIGHTING, LLC.; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NYC INDUSTRIAL DEVELOPMENT AGENCY; NICHOLSON CONSTRUCTION COMPANY; OLYMPIC PLUMBING & HEATING CORP.; OVE ARUP & PARTNERS P.C.; PARSON GROUP, INC.; PETER SCALAMANDRE & SONS, INC.; PINNACLE; PINNACLE ENVIRONMENTAL CORP.;PLAZA CONSTRUCTION CORP.; PLAZA CONSTRUCTION MANAGEMENT CORP.;  PORT AUTHORITY of NEW YORK and NEW JERSEY; PRO SAFETY SERVICES LLC.; PT & L CONTRACTING CORP.; REGIONAL SCAFFOLDING & HOISTING CO., INC.; ROBER SILMAN ASSOCIATES; ROBERT ERRAT; ROBERT L. GEROSA, INC.; ROYAL GM, INC; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SHELDRAKE ORGANIZATION, INC.; SILVERITE CONTRACTING CORPORATION; SILVERSTEIN DEVELOPMENT CORP; SILVERSTEIN PROPERTIES INC; SILVERSTEIN PROPERTIES; SILVERSTEIN WTC FACILITY MANAGER LLC.; SILVERSTEIN WTC LLC; SILVERSTEIN WTC MGMT CO. LLC.; SILVERSTEIN WTC PROPERTIES LLC.; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; STAR DELTA ELECTRIC, INC.; STIER ANDERSON, LLC.; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN SPEYER PROPERTIES; TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TRIO ASBESTOS REMOVAL; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TULLY CONSTRUCTION COMPANY; TULLY ENVIRONMENTAL INC.; TULLY INDUSTRIES, INC.; TURNER CONSTRUCTION CO.; TURNER CONSTRUCTION COMPANY; TURNER CONSTRUCTION INTERNATIONAL, LLC.; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); UNITED STATES REBAR, INC; VOLLMER ASSOCIATES LLP.; W HARRIS & SONS INC.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WESTFIELD AMERICA, INC; WESTFIELD WTC HOLDING LLC; WESTFIELD WTC,

5 of 20

LLC.; WFP TOWER D. CO., LP; WHITNEY CONTRACTING
INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE
CENTER PROPERTIES LLC.; YANNUZZI & SONS,
INC; YONKERS CONTRACTING COMPANY, INC.; YORK
HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,
                                                    Defendant(s).
-------------------------------------------------------------------X

To the above-named defendant(s):

        You are hereby summoned and required to serve upon plaintiff's/plaintiffs' attorney, at
the address stated below, a notice of appearance or demand for a complaint.

        If this summons was personally delivered upon you in the State of New York, the answer
must be served within twenty days after such service of the summons, excluding the date of
service. If the summons was not personally delivered to you within the State of New York, the
answer must be served within thirty days after service of the summons is complete as provided
by law.

        The nature of this action is to recover money damages and any other relief that the Court
deems just and proper for exposure to toxic contaminants, including but not limited to: fumes,
gasses, mists, vapors, dust, fibers, particles, substances, and/or radiation at or around the World
Trade Center Site, Ground Zero, Fresh Kills Landfill, and/or in the area and buildings
surrounding the World Trade Center Site following terrorist attacks on September 11, 2001.
This exposure caused plaintiff's/plaintiffs' injuries, including but not limited to: acid reflux
disease, asthma, Barrets Esophagus, bronchial inflammation, bronchitis, bullous disease of the
lungs, cancer, chemical pneumonitis, chronic bronchitis, chronic cough, chronic laryngitis,
chronic pneumonia, chronic rhinitis, chronic sinusitis, chronic obstructive pulmonary disease
(COPD), emphysema, gastroesophageal disease (GERD), hearing loss, laryngitis, malignant
mesothelioma, nasal polyps, neurological problems, peritonsillar cellulitis, pharyngitis,
pneumonia, polyps on the larynx, polyps on the throat, reactive airway dysfunction syndrome
(RADS), rhinitis, sarcoidosis, silicosis, sinus polyps, sinusitis, ulcerative colitis, vocal chord
dysfunction, and exacerbation of a prior existing condition or conditions.

        Your action(s) and/or failure to act, constitutes carelessness, negligence and/or
recklessness, and is the sole and proximate cause of plaintiff's/plaintiffs' toxic exposure, and
resulting injuries, illnesses and damages.

        Your failure and/or the failure of your agents, servants, representatives and/or employees
to comply with, including but not limited to, the following: General Municipal Law of the State
of New York §205-e and §205-a; the Occupational Safety and Health Act, 29 U.S.C. §§ 654 et
seq.; Occupational Safety and Health Administration (OSHA) standards, including but not
limited to, 29 C.F.R. §1910 Subparts H, I, J, K and Z, and specifically 29 C.F.R. §§1910.38,
1910.120, 1910.132-134, 1910.146, 1910.156, 1910.1001, 1910.1025, 1910.1027, 1910.1000
and 1910.1200; 29 C.F.R. §1926 Subparts C, D, E, F, G, H, I, J and Z; The New York Industrial
Code, including but not limited to: §§23-1.5, 23-1.7, 23-1.8, 23-1.9, 23-1.25, 23-1.26 and 23-2.1;
New York State Labor Law, including but not limited to: §§200, 240, 241(6), Article 2, §27-a,
Article 28; 12 N.Y.C.R.R. §820.4; and other applicable Federal, State and local rules,
regulations, ordinances and statutes is the proximate cause of plaintiff's/plaintiffs' injuries, toxic
exposure and resulting damages.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for a sum greater than the jurisdictional limits of all lower courts, with interest, and the costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis of venue is N.Y. C.P.L.R. §509.

Dated: New York, New York
       March  15 , 2006


Christopher R. LoPalo
Attorney for Plaintiff
*WORBY GRONER EDELMAN & NAPOLI BERN, LLP*
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

**RIDER**

RICHARD AALBUE, LUIS AGUILAR, JAMES
ALAMIA, RICHARD ALBANESE, JOHN
ALBARANO, JORGE ALVLEMA, DONALD
ANDERSON AND ALICIA M ANDERSON,
KAREN ARENA-MULLADY, KEITH ARNDT,
IVAN ASCENCIO, LUIS ATILES, ARCHIBALD
AUSTIN, DANIEL C AUSTIN, JOHN
BABOOLAL, NELLIE BABOOLAL, JAMES
BARRETO, EDWARD BARRETT, STACI
BECERRA, LUIS BELLAPIANTA, SANDRA
BLANDING, GERARD BRANNIGAN, GAIL
BRASSIL, ROBERT BROWN, TIMOTHY
BROWN, RICHARD BROWNE, ZOILA
BUNAY, MANUEL CAGUANA, BRIAN
CAIOLA, NEAL CAMPBELL, ANGEL
CAMPOVERDE, JAMES CANTORE, YVETTE
CARABELLO, KENNETH CARMICHEAL,
VINCENT CAROIERE, RICHARD CARRANO,
PATRICK CARRON, LYNETTE CARTER,
LOUIS CASTELLVCCIO, MAHAAN CHANDU,
WALTER CHARTORYNSKY, JUAN CHECO,
ROY CHOPPING, MARIA DEL PILAR
CIFUENTES, YOLAUNDA CINTRON, PHILIP
CIULO, JAMES CLARK, RICARDO COLON,
RICHARD COLUCCI AND ANNE COLUCCI,
RANDI CONSIGLIO, ANTHONY CONTI,
CHRISTOPHER CONVERJANO, JACK
CONWAY, MARIBEL CORTES, ANTHONY
COSTALES, JOSEPH COVIELLO, THOMAS
CROWE, ANTONIA CRUZ, GEORGIAN
CULCLEASURE, DOMENICK DAMIANO,
JOHN DAY, RONALD DE ROSA, JOSE
DEJESUS, GLORIA DELACRUZ AND RAMON
DELACRUZ, AMATO DELLIGATTI,
EVANGELOS DEMETRIOU, CLARK DENIS,
DAVID DENIZARD, FERNANDO DIAS,
LOUIS DIBLASI, NICHOLAS DIMONDA,
LUCIANO DINATALE, NICHOLAS
DINATALE, ZBIGNIEW DOBRONSKI,
THOMAS DONOVAN, EDWARD DOWLING,
DANIEL DRAGO, TANYA DUHAREY-
SANDURO, RICHARD DZIUBELA, EMIL
DZURILLA, IRWIN EDELSTEIN,
CHRISTOPHER EDWARDS, DIANE
EDWARDS, MITCHELL EISENBERG,
GREGORY ENGEL, ADOLFO ESPINOZA,
AFZAL FAZAL, FRANK FELICETTI, JOSEPH
FERNANDEZ, JAMES FERRARO, MICHELLE
FIGUEROA, VINCENT FINNEGAN, CLELAND
FRANCIS, HENRY FRIEDMAN, KENNETH

FUNG, BRIAN GABRIELSEN, MARICELA
GALINDEA, THOMAS P GALLAGHER, JAMES
GALVIN, MARCY GARCIA, JOHN
GAROFALO, MANUS GENEUS, STEPHEN
GILLIAM, VANNESSA GILLIAM-GRAY,
THOMAS GOFFREDO, ROBERTA
GONZALEZ, SONIA GONZALEZ, FRANCIS
GRIFFIN, FERNANDO GRIMALDI, ANTHONY
GUADAGNO, RODOLFO GUEVARA, PETER
GUSTAMACCHIA, ANDREW GUSTER, JOHN
HAAS, BRIDGET HALL, TONIA HALL-
WILSON, DARIN HAMILTON, CAROLINE
HARRIGAN, FRANCIS HARTEN, SCOTT
HASSLER, JOHN HAUGH, JOSEPH HAYES,
JOSEPH HIGGINS, JAMES HIPPLE, GREGG
HIRSCH, DELL HOCHMAN, THOMAS HOEY,
JOHN HOFFMAN, ERIC HONE, MICHAEL
HOSEK, THOMAS HUGHES, BRIAN ILUND,
MICHAEL INCANTALUPO, JOHN IRIZARRY,
MICHAEL JACOBS, WALTER JANKETIC,
DANIEL JASINSKI, ADRIAN JONES, SICILY
JOSEPH, CONSTANTINE KALOUDALAIS,
STEVEN KELBICK, KEITH KLOUDA, FRANK
KOLANOVIC, PAUL KOSTER, STEVEN
KUEFNER, MICHAEL KULL, JOHN KURTZ,
ANGELO J LAGANA, MARK LEBRINI, CORA
LEE, JOSE LEMOS, JOSE LEON, PETER
LEVITSKY AND CHRISTINE LEVITSKY,
ANDY LEWIS, LUCAS LIONEL, THOMAS
LIOTTA, WALTER LIPSCOMB, THOMAS
LOBASSO, ROCCO LOCCISANO, BRENDA
LOCKHART-RIVERA, OSWALDO LOPEZ,
THOMAS LOUGHLIN, SCOTT LOVENDAHL,
GEORGE B LUJACK, PATRICK LYDON,
EUGENE MADDEN, CONRAD MALLIEN,
BERNARD MALONE, LANCE MALY,
MICHAEL MANAHAN, RICHARD MANION,
KEVIN MARAGLIO, JOHN MARIOTTI,
ROBERT MARKS, LUIS MARTE, NICHOLAS
MARTUCCI, GAVIN MATRANGA, YVETTE
MATTHEWS, ANTONI MAZUR, MICHAEL
MCGUINNESS, DENIS MCLARNEY, ALAN
MCLAURIN, GARY MCMINN, JOSE MEDINA,
RAYMOND MEDINA; ERIC MENDOZA,
BILLY MILAN, ROBERT MILLER, SCOTT
MILLER, ROBERT MIRABAL, NOEL
MOLONEY, EMER MONTERO, JEANETTE
MORALES, EILEEN MOSCA, THOMAS
MOTTA, GARY MURPHY, DANIEL NEGRI,
PAUL NELSON, JOHN NICOLICH, ALBERTO
NIEVES, ERIN NOLAN, FRED NOZILE, SEAN
O ROUKE, LOU OCASIO, MARCO OCASIO
AND AIDA OCASIO, MARY FRANCES

ODONNELL, JERZY OGINSKI, BRIAN J
OLIVER, ANTHONY OLIVERI, ISRAEL
OYOLA, MICHAEL PADILLA, ANTHONY
PARONE, PEDRO PASTOR, ROLANDO
PELAEZ AND MONICA VILLAMARIN,
BERNADETTE PENA, KELVIN PENN,
MIGUEL PERALTA, PAUL PERUGINI,
JACQUELINE PINEIRO, NAPOLEON PINTA,
JOHN POLESOVSKY, WAYNE POLLACI,
FRANK POLLINA, ANTHONY PORFIDIO,
LONDY PRENDAMANO AND MARIA
PRENDAMANO, PRINCESS PRINCE-
MCCOADE, IGOR PSHENYCHNY, JAMES
RAGNETTI, SHAFIGUR RAHMAN, DEREK
RAMOS, FREDDIE RAMOS, MIGUEL
RAMOS, MALCOLM REIMAN, FRANCISCO
RIJO, JOHN RIOS, IRIS RIVERA, ALVIN
ROACH, CAROL ROBERTS, MICHELE
ROBINSON, ANGELO RODRIGUEZ, DENNIS
RODRIGUEZ, NAPOLEON RODRIGUEZ,
ROBERT RODRIGUEZ, VICTOR RODRIGUEZ,
WILBERTO RODRIGUEZ, CHRIS ROGERS,
CARLOS ROMERO, WILLIAM ROZAKIS,
ERIC RUIZ, JOSE RUIZ, SOLANGEL RUIZ
DIAZ, MARK RUOCCO, DAMIAN RUSIN,
THOMAS RYAN AND PAMELA A RYAN,
CARLOTTA SADLER, VINCENT SAINATO,
ALBERT SAPONIERI, MAYDI SARMIENTO,
HAROLD SAWYER, PETER SCARDACCIONE,
KENNETH SCHENCK, PATRICIA SCHILLER,
GARY SCHNEIDER, JAMES SECRETO,
JEANNETTE SENEY, ROBERT SHABAZZ,
MARILYN SHANKLE, CHRIS
SHAUGHNESSY, ANGELINA SHEEHAN,
CRAIG SHEIL, PAUL SHIMBORSKE,
WILLIAM SIFONTE, THOMAS SIKINGER,
TIMOTHY L SIKORSKI, LISA SILVERMAN,
VINCENT SINNOTT, TERRENCE SMITH,
ANTHONY SPADAFORA, ALAN
STARCZEWSKI, MARK STEINHAUER,
GREGORY STRAUB, ANTHONY SUSI, JASON
SUTLIFF, DIANE SWEENEY, GLEN TARMEY,
MICHAEL TAVERAS, FRANKIE TIRADO,
JORGE TORRES, RICHARD TRAPANESE,
WAYNE TUCKER, EDWARD VALLA, HENRY
VANHEEMSTEDE-OBELT, EMERITO
VASQUEZ, STEPHEN VEGA, ERNEST
VELEZ, JORGE VELEZ, LUIS VELEZ,
ARTHUR WALDHELM, WILLIAM
WALLACE, DONNA WEBB, JAMES
WINCKOWSKI, ALLAN WONG, RICHARD
ZAJAC, CHRISTOPHER ZAPATA,

Plaintiffs,

-against-

1 WORLD TRADE CENTER LLC; 1 WTC
HOLDINGS LLC; 2 WORLD TRADE CENTER
LLC.; 2 WTC HOLDINGS LLC.; 4 WORLD
TRADE CENTER LLC.; 4 WTC HOLDING LLC.;
5 WORLD TRADE CENTER LLC.; 5 WTC
HOLDING LLC.; A RUSSO WRECKING, INC.; ABM;
ABM INDUSTRIES, INC.; ABM JANITORIAL
NORTHEAST, INC.; AMEC CONSTRUCTION
MANAGEMENT, INC.; AMEC EARTH &
ENVORONMENTAL, INC.; ANTHONY CORTESE
SPECIALIZED HAULING LLC.; ATLANTIC HEYDT CORP.;
BECHTEL CONSTRUCTION, INC.; BECHTEL
CORPORATION; BECHTEL
ENVIRONMENTAL, INC.; BERKEL &
COMPANY, CONTRACTORS, INC.; BFP TOWER
C Co. LLC; BIG APPLE WRECKING &
CONSTRUCTION CORP.; BOSTON PROPERTIES;
BOVIS LEND LEASE LMB, INC.; BOVIS LEND
LEASE, INC.; BREEZE CARTING CORP.;
BREEZE NATIONAL INC.; BRER-FOUR
TRANSPORTATION CORP.; BURO HAPPOLD
CONSULTING ENGINEERS, P.C.; C & D
FIREPROOFING & PLASTERING CORP.; C.B.
CONTRACTING CORP; CANRON
CONSTRUCTION CORP.; CANTOR SEINUK GROUP;
CERTIFIED FENCE CORP.; CIVETTA-
COUSINS JV, L.L.C.; CLARCOR AIR FILTRATION
PRODUCTS, INC.; COMPONENT ASSEMBLY
SYSTEMS, INC.; CONSOLIDATED EDISON
COMMUNICATIONS HOLDING COMPANY,
INC.; CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.; CONSOLIDATED EDISON
DEVELOPMENT, INC.; CONSOLIDATED
EDISON ENERGY, INC.; CONSOLIDATED
EDISON SOLUTIONS, INC.; CONSOLIDATED
EDISON, INC.; COORDINATED METALS, INC.;
CORD CONTRACTING CO., INC.; CRAIG TEST
BORING COMPANY INC.; CRITICOM
INTERNATIONAL CORPORATION; CUSHMAN
& WAKEFIELD, INC; D'ONOFRIO GENERAL
CONTRACTORS CORP.; DAKOTA DEMO-
TECH, INC.; DCM ERECTORS, INC.;
DIAMOND POINT EXCAVATING CORP.;
DIEGO CONSTRUCTION, INC.; DIVERSIFIED
CARTING, INC.; DMT ENTERPRISE, INC.;
EAGLE LEASING & INDUSTRIAL SUPPLY, INC.;
EAGLE ONE ROOFING CONTRACTORS INC;
EAGLE SCAFFOLDING CO., INC.; EJ DAVIES,
INC.; EN-TECH CORP.; ET ENVIRONMENTAL;

EVERGREEN RECYCLING OF CORONA(EROC);
EWELL W. FINLEY, P.C.; EXECUTIVE
MEDICAL SERVICES, P.C.; F&G
MECHANICAL, INC.; FELIX EQUITES, INC.;
FLEET TRUCKING, INC.; FRANCIS A. LEE
EXTERIOR RESTORATION, INC.; FRANK
MICELLI JR.CONTRACTING, INC.; FTI
TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK,
LLP, GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC.; GRACE INDUSTRIES, INC.; HALLEN
WELDING SERVICE, INC.; HELMSMAN MANAGEMENT
SERVICES, INC.; HGC CONTRACTING CORP.; HIGH-RISE
ELECTRIC, INC.; HIGH RISE HOISTING AND
SCAFFOLDING, INC.; JP EQUIPMENT
RENTAL MATERIALS, INC; LAQUILA
CONSTRUCTION INC.; LASTRADA GENERAL
CONTRACTING CORP.; LESLIE E. ROBERTSON
ASSOCIATES CONSULTING ENGINEERS P.C.;
LIBERTY MUTUAL INSURANCE COMPANY;
LIBERTY MUTUAL MANAGED CARE INC.;
LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS
PITKIN, INC.; LZA TECH-DIV OF THORTON
TOMASETTI; MANAFORT BROTHERS
INCORPORATED; MAZZOCCHI WRECKING, INC.; MENT
BROS. IRON WORKS CO., INC.; MERIDIAN
CONSTRUCTION GROUP; MOODY'S INVESTORS
SERVICE; MRA ENGINEERING, PC; MUESER
RUTLEDGE CONSULTING ENGINEERS, INC;
MUSCO SPORTS LIGHTING, LLC.; NACIREMA
INDUSTRIES INCORPORATED; NEW YORK CRANE &
EQUIPMENT CORP.; NYC INDUSTRIAL DEVELOPMENT
AGENCY; NICHOLSON CONSTRUCTION COMPANY;
OLYMPIC PLUMBING & HEATING CORP.; OVE ARUP &
PARTNERS P.C.; PARSON GROUP, INC.; PETER
SCALAMANDRE & SONS, INC.; PINNACLE;
PINNACLE ENVIRONMENTAL CORP.;PLAZA
CONSTRUCTION CORP.; PLAZA
CONSTRUCTION MANAGEMENT CORP.;
PORT AUTHORITY of NEW YORK and NEW
JERSEY; PRO SAFETY SERVICES LLC.; PT & L
CONTRACTING CORP.; REGIONAL SCAFFOLDING
& HOISTING CO., INC.; ROBER SILMAN
ASSOCIATES; ROBERT ERRAT; ROBERT L.
GEROSA, INC.; ROYAL GM, INC; SAB TRUCKING
INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS
INDUSTRIAL CONTRACTING; SHELDRAKE
ORGANIZATION, INC.; SILVERITE CONTRACTING
CORPORATION; SILVERSTEIN DEVELOPMENT
CORP; SILVERSTEIN PROPERTIES INC;
SILVERSTEIN PROPERTIES; SILVERSTEIN
WTC FACILITY MANAGER LLC.;
SILVERSTEIN WTC LLC; SILVERSTEIN WTC
MGMT CO. LLC.; SILVERSTEIN WTC

PROPERTIES LLC.; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; STAR DELTA ELECTRIC, INC.; STIER ANDERSON, LLC.; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN SPEYER PROPERTIES; TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TRIO ASBESTOS REMOVAL; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TULLY CONSTRUCTION COMPANY; TULLY ENVIRONMENTAL INC.; TULLY INDUSTRIES, INC.; TURNER CONSTRUCTION CO.; TURNER CONSTRUCTION COMPANY; TURNER CONSTRUCTION INTERNATIONAL, LLC.; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); UNITED STATES REBAR, INC.; VOLLMER ASSOCIATES LLP.; W HARRIS & SONS INC.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WESTFIELD AMERICA, INC; WESTFIELD WTC HOLDING LLC; WESTFIELD WTC, LLC.; WFP TOWER D. CO., LP; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC.; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,

Defendants.

X

13 of 20

**Defendants' Addresses:**

1 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

1 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

120 BROADWAY HOLDING, LLC,
C/O SILVERSTEIN PROPERTIES
530 FIFTH AVENUE-18TH FLOOR
NEW YORK, NY 10036

2 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

2 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

4 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

4 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WORLD TRADE CENTER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

5 WTC HOLDINGS LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

A RUSSO WRECKING
69 East Avenue
Lawrence, NY 11559

ABM INDUSTRIES, INC.
170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601

ABM JANITORIAL NORTHEAST,
INC.
280 TRUMBULL STREET, 22 FLOOR
NEW YORK, HARTFORD, CT 06103

AMEC CONSTRUCTION
MANAGEMENT, INC.
1633 Broadway 24th Flr
New York, NY 10019

AMEC EARTH &
ENVIRONMENTAL, INC.

EAGLE LEASING & INDUSTRIAL
SUPPLY
1726 FLATBUSH AVENUE
BROOKLYN, NY 11210

EAGLE ONE ROOFING
CONTRACTORS INC.,
18-60 45th Street
Astoria, NY 11105

EAGLE SCAFFOLDING CO
67 Mill Street
Amityville, NY 11701

EJ DAVIES, INC.,
1837 Steinway Street
Astoria, NY 11105

EN-TECH CORP
C/O SACKS MONTGOMERY
Attn: Rick Rohn
800 Third Avenue
New York, NY 10022

ET ENVIRONMENTAL
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

EVERGREEN RECYCLING OF
CORONA
127-50 Northern Blvd
Flushing, NY 11368

EWELL W. FINLEY, P.C.,
34-18 Northern Boulevard
Long Island City, NY 11101

EXECUTIVE MEDICAL SERVICES,
P.C.,
15 Canal Road
Pelham Manor, NY 10803

F&G MECHANICAL, INC.,
348 New Country Road
Secaucus, NJ 07094

FELIX EQUITIES, INC.
C/O MATT VERUILEN
202 Lovell Street
Lincolndale, NY 10540

FLEET TRUCKING, INC.
457 BLAKE AVENUE # 1
BROOKLYN, NY 11212

FRANCIS A. LEE COMPANY, A

PLAZA CONSTRUCTION
MANAGMENT CORP.
43 New Dorp Plaza
Staten Island, NY 10014

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY
225 Park Avenue South
New York, NY 10003

PRO SAFETY SERVICES, LLC
c/o John Raucci
2500 Westchester Avenue
Purchase, NY 10577

PT & L CONTRACTING CORP
1 Kalisa Way Ste 301
Paramus, NJ 07652

REGIONAL SCAFFOLD & HOISTING
CO, INC.,
3900 Webster Avenue
Bronx, NY 10470

ROBER SILMAN ASSOCIATES
88 University Place
New York, NY 10003

ROBERT L GEROSA, INC
122 West Sheffield Avenue
Englewood, NJ 07631

ROYAL GM INC.,
112 Clarke Avenue
Staten Island, NY 10306

SAB TRUCKING INC.
C/O SAVERIO ANASTASIO
7 Pironi Court
Woodbury, NY 11797

SAFEWAY ENVIRONMENTAL CORP
1379 Commerce Avenue
Bronx. NY 10461

SEASONS INDUSTRIAL
CONTRACTING,
266 GREEN VALLEY RD
STATEN ISLAND, NY 10312

SHELDRAKE ORGANIZATION, INC.
80 N. Franklin Street
Hempstead, NY 11550

SILVERITE CONTRACTORS
520 Old Country Road
Hicksville, NY 11801

C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

ATLANTIC HEYDT CORP
1281 METROPOLITAN AVE
-BROOKLYN, NY 11237

BECHTEL CONSTRUCTION, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BECHTEL CORPORATION
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BECHTEL ENVIRONMENTAL,
INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

BERKEL & COMPANY,
CONTRACTORS, INC.,
C/O NATIONAL REGISTERED
AGENTS, INC.,
875 Avenue fo the Americas, Suite
501
New York, NY 10001

BFP TOWER C CO. LLC,
C/O UNITED CORPORATE
SERVICES, INC.
10 BANK STREET, SUITE 560
WHITE PLAINS, NY 10606

BIG APPLE WRECKING &
CONSTRUCTION CORP
1379 Commerce Avenue
Bronx, NY 10461

BOVIS LEND LEASE LMB, INC.
c/o Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004
Or-
200 Park Avenue
New York, NY 10166

BOVIS LEND LEASE, INC.
c/o Mound Cotton Wollan &
Greengrass
One Battery Park Plaza
New York, NY 10004
Or-

CORPORATION
41 Bethpage Road
Hicksville, NY 11801

FRANCIS MICELLI JR
CONTRACTING

FTI TRUCKING
14930 Powells Cove Boulevard
Whitestone, NY 11357

GILSANZ MURRAY STEFICEK,
LLP
129 West 27th Street 5th Flr
New York, NY 10001

GOLDSTEIN ASSOCIATES
CONSULTING ENGINEERS, PLLC
31 West 27th Street
New York, NY 10001

GRACE INDUSTRIES, INC.
151-21 6th Road
Whitestone, NY 11357-1206

HALLEN WELDING SERVICE, INC.
45-24 37th Street
Long Island City, NY 11101

HELMSMAN MANGEMENT
SERVICES, INC.
C/O CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

HGC CONTRACTING CORP
5201 Flushing Ave
Brooklyn, NY 11237

HIGH-RISE ELECTRIC, INC.,
55 W. 58th Street
New York, NY 10019

HIGH-RISE HOISTING AND
SCAFFOLDING, INC
2820 Borden Avenue
Long Island City, NY 11101

JP EQUIPMENT RENTAL
MATERIALS, INC.,
140 GRAND STREET, SUITE 501
WHITE PLAINS, NY 10601

LAQUILA CONSTRUCTION INC
1590 Troy Avenue
Brooklyn, NY 11234

LASTRADA GENERAL

SILVERSTEIN DEVELOPMENT
CORP.
529 Fifth Avenue
New York, NY 10017-4608

SILVERSTEIN PROPERTIES, INC.
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN PROPERTIES
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC FACILITY
MANAGER LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC MGMT CO LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SILVERSTEIN WTC PROPERTIES
LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

SIMPSON GUMPERTZ & HEGER INC
C/O NATIONAL REGISTERED
AGENTS, INC.,
875 Avenue of the Americas, Suite 501
New York, NY 10001

SKIDMORE OWINGS & MERRILL
LLP
14 Wall Street
New York, NY 10005-2101

STAR DELTA ELECTRIC
17 Battery Pl., Room 203
New York, NY 10004

STIER ANDERSON LLC
30 Vreeland Drive
Skillman NJ 08558

SURVIVAIR
3001 S SUSAN ST
SANTA ANA, CA 92704

TISHMAN CONSTRUCTION
CORPORATION
OF MANHATTAN

200 Park Avenue
New York, NY 10166

BREEZE CARTING CORP
31 Bay Street
Brooklyn, NY 11231

BREEZE NATIONAL, INC.,
31 Bay Street
Brooklyn, NY 11231

BRER-FOUR TRANSPORTATION
CORP.
33 Hewitt Street
Hicksville, NY 11801

BURO HAPPOLD CONSULTING
ENGINEERS, P.C.,
105 Chambers Street
New York, NY 10007

C & D FIREPROFFING &
PLASTERING CORP
48 Walnut Street
New Rochelle NY 10801

C.B. CONTRACTING CORP
4118 Victory Blvd
Staten Island,NY 10314

CANRON CONSTRUCTION CORP
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

CANTOR SEINUK GROUP
228 East 45th Street
New York, NY 10017

CERTIFIED FENCE CORP.
59 Grant Street
Harrison New York 10528

CIVETTA-COUSINS JV, L.L.C
1100 East 156th Street
Bronx, NY 10474

CLARCOR AIR FILTRATION
PRODUCTS, INC.
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

COMPONENT ASSEMBLY
SYSTEMS, INC.,
620 Fifth Avenue
Pelham NY 10803

CONTRACTING CORP
118-20 29th Avenue
College Point, NY 11354

LESLIE E. ROBERTSON
ASSOCIATES CONSULTING
ENGINEER P.C.
170 Hamilton Avenue
White Plains, NY 10601

LIBERTY MUTUAL INSURANCE
COMPANY
1818 MARKET STREET
PHILADELPHIA, PA 19103

LIBERTY MUTUAL INSURANCE
COMPANY
630 MORRISON ROAD SUITE 300
GAHANNA, OH 43230

LIBERTY MUTUAL INSURANCE
COMPANY
3850 NORTH CAUSEWAY
BOULEVARD SUITE 600
METAIRIE, LA 70002

LIBERTY MUTUAL INSURANCE
COMPANY
165 DARTMOUTH STREET
BOSTON, MA 02116

LIBERTY MUTUAL MANAGED
CARE, INC.,
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

LOCKWOOD KESSLER &
BARTLETT, INC.
One Aerial Way
Syosset, New York 11791

LUCIUS PITKIN, INC
50 Hudson Street
New York, NY 10013-3389

LZA TECH-DIV OF THORTON
TOMASETTI
641 Avenue of the Americas
New York, NY 10011

MANAFORT BROTHERS, INC.
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

MAZZOCCHI WRECKING, INC.
C/O CT CORPORATION SYSTEM

666 Fifth Avenue
New York, NY 10103

TISHMAN CONSTRUCTION
CORPORATION
OF NEW YORK
666 Fifth Avenue
New York, NY 10103

TISHMAN SPEYER PROPERTIES,
666 5TH AVENUE, 12TH FLOOR
NEW YORK, NY 10103

TOMASETTI GROUP
641 Avenue of the Americas
New York, NY 10011

TORRETTA TRUCKING, INC
120 MOUNTAINVIEW AVENUE
STATEN ISLAND, NY 10314

TOTAL SAFETY CONSULTING,
L.L.C
C/O THELLC
5 Court Square
Long Island City, NY 11101

TUCCI EQUIPMENT RENTAL CORP
3495 Rombouts Avenue
Bronx, NY 10475

TULLY CONSTRUCTION CO., INC.
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

TULLY CONSTRUCTION COMPANY
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

TULLY ENVIRONMENTAL INC.
127-50 Northern Blvd
Flushing, NY 11368

TULLY INDUSTRIES, INC.,
127-50 Northern Blvd
Flushing, NY 11368
Or-
c/o Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

16 of 20

CONSOLIDATED EDISON
COMMUNICATIONS HOLDING
COMPANY, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
DEVELOPMENT, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
ENERGY, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON
SOLUTIONS, INC.,
4 Irving Place
New York, New York 10003

CONSOLIDATED EDISON, INC.,
4 Irving Place
New York, New York 10003

CONSULTING ENGINEERS, P.C.

COORDINATED METALS, INC.,
626 16ᵗʰ Street
Carlstadt, NJ 07072

CORD CONTRACTING CO., INC
213 Roslyn Road
Roslyn Height, NY 11577

CRAIG TEST BORING COMPANY
INC.
PO Box 427
Mays Landing, NJ 08330

CRITICOM INTERNATIONAL
CORPORATION
99 Pine Street, 3ʳᵈ Floor
Albany, NY 12207

CUSHMAN & WAKEFIELD, INC,
C/O CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10006

D'ONOFRIO GENERAL
CONTRACTORS CORP
202 28th Street

111 Eighth Avenue
New York, NY 10011

MENT BROS. IRON WORKS CO.,
INC.,
150 West 22ⁿᵈ Street
New York, NY 10011

MERIDIAN CONSTRUCTION
CORP.
29 Grasmere Court
Staten Island, NY 10305

MOODY'S INVESTORS SERVICE,
C/O CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY 10011

MRA ENGINEERING P.C.,
600 Hempstead Turnpike
West Hempstead, NY 11552-1036

MUESER RUTLEDGE
CONSULTING ENGINEERS
225 West 34ᵗʰ Street
New York, NY 10122

MUSCO SPORTS LIGHTING, LLC
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

NACIREMA INDUSTRIES
INCORPORATED
211 West 5ᵗʰ Street
Bayonne, NJ 07002

NEW YORK CRANE &
EQUIPMENT CORP.
Brooklyn Navy Yard
Brooklyn, NY 11205

NICHOLSON CONSTRUCTION
COMPANY
C/O CT CORPORATION SYSTEM
111 Eighth Avenue
New York, NY 10011

NYC INDUSTRIAL DEVELOPMENT
AGENCY
C/O SILVERSTEIN PROPERTIES
530 FIFTH AVENUE-18TH FLOOR
NEW YORK, NY 10036

OLYMPIC PLUMBING & HEATING
CORP
COOPERMAN LEVITT &
WINIKOFF, P.C.

TURNER CONSTRUCTION CO.
375 Hudson Street
New York, NY 10014

TURNER CONSTRUCTION
COMPANY
375 Hudson Street
New York, NY 10014

TURNER CONSTRUCTION
INTERNATIONAL, LLC.
375 Hudson Street
New York, NY 10014

ULTIMATE DEMOLITIONS/CS
HAULING
500 New Street
Oceanside, NY 11572

UNITED STATES REBAR, INC.,
332 N. Main Street
Freeport, NY 11520

VOLLMER ASSOCIATES LLP
50 West 23ʳᵈ Street
New York, NY 10010

W HARRIS & SONS INC
37 West Washington Avenue
Pearl River, NY 10965

WEEKS MARINE, INC.
4 Commerce Drive
Cranford, NJ 07016

WEIDLINGER ASSOCIATES,
CONSULTING ENGINEERS, P.C.,
375 Hudson Street, 12ᵗʰ Floor
New York, NY 10014

WESTFIELD AMERICA, INC.
11601 Wilshire Boulevard
Los Angeles, CA 90025

WESTFIELD WTC HOLDING LLC.
C/O CT Corporation System
111 Eighth Avenue
New York, NY 10011

WESTFIELD WTC, LLC
C/O CT Corporation System
111 Eighth Avenue
New York, NY 10011

WFP TOWER D. CO., LP,
222 BROADWAY
NEW YORK, NY 10006

Brooklyn, NY 11232

DAKOTA DEMO-TECH
140 Old Northport Road
Kings Park, NY 11754

DCM ERECTORS, INC
110 E. 42nd Street, Ste 1710
New York, NY 10017

DIAMOND POINT EXCAVATING
CORP
c/o ELIZABETH L. CROZZOLI
134-32 57th Avenue
Flushing, NY 11355

DIEGO CONSTRUCTION, INC.
C/O BUCKLEY TREACY
SCHAFFEL MACKEY ABBATE &
MOORE, ESQS
1157 60th Street
Brooklyn, NY 11209

DIVERSIFIED CARTING, INC.
28 Garfield Avenue
Bayshore, NY 11706

DMT ENTERPRISE, INC.
255 Lake Avenue
Yonkers, NY 10701

1129 Northern Boulevard
Manhasset, NY 11030

OVE ARUP & PARTNERS P.C.,
155 Avenue of the Americas
New York, NY 10013

PARSON GROUP
70 East 55th Street 5th Floor
New York, NY 10022

PETER SCALAMANDRE & SONS,
INC.
157 Albany Avenue
Freeport, NY 11520

PINNACLE ENVIRONMENTAL
CORP
c/o Paul O'Brien
64-54 Maurice Avenue
Maspeth, NY 11378

PLAZA CONSTRUCTION CORP.
140 Palma Drive
New York, NY  10304

WHITNEY CONTRACTING INC.
636 Saw Mill River Road
Yonkers, NY 10701

WOLKOW-BRAKER ROOFING CORP
c/o WILLIAM ROTHBERG
18 Court Street, Suite 2200
Brooklyn, NY 11241

WORLD TRADE CENTER
PROPERTIES LLC
530 Fifth Avenue-18 Floor
New York, New York 10036

YANNUZZI & SONS INC
56 Oakwood Avenue
Orange, NJ 07050

YONKERS CONTRACTING
COMPANY, INC.,
969 Midland Avenue
Yonkers NY 10704

YORK HUNTER CONSTRUCTION,
LLC
107 Old Goshen Road
South Seaville, NJ 08246

ZIGENFUSS DRILLING, INC.,
C/O CT CORPORATION SYSTEM\
111 Eighth Avenue
New York, NY 10011

## ATTORNEY VERIFICATION

CHRISTOPHER R. LOPALO, an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that:

He is the attorney for the plaintiff(s) in the above-entitled action. That he has read the foregoing SUMMONS WITH NOTICE and knows the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.


DATED:    New York, New York
          March 15, 2006


CHRISTOPHER R. LOPALO, Esq.

Index No.:

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF NEW YORK

=================================================

RICHARD AALBUE, ET AL

                              Plaintiff(s)

- against -

1 WORLD TRADE CENTER LLC, ET AL

                              Defendant(s).

=================================================

**SUMMONS WITH NOTICE**

=================================================

## WORBY GRONER EDELMAN & NAPOLI BERN, LLP
*Attorneys for:* Plaintiff(s)
*Office and Post Office Address, Telephone*
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

=================================================

To
Attorney(s) for

=================================================

Service of a copy of the within
                              is hereby admitted.

Dated,

_____

Attorney(s) for

=================================================

**PLEASE TAKE NOTICE:**
☐ **NOTICE OF ENTRY**
    that the within is a (certified) true copy of an
    duly entered in the office of the clerk of the within named court on       20
☐ **NOTICE OF SETTLEMENT**
    that an order                              of which the within is a true copy
    will be presented for settlement to the HON.                              one of the
    judges of the
    within named Court, at
    on                  20          at              M.
    Dated,

                              **Yours, etc.,**
              WORBY GRONER EDELMAN & NAPOLI BERN, LLP

=================================================